SAMUEL SHAPIRO, Respondent, *v.* NEW AMSTERDAM CASUALTY COMPANY, Appellant.

Argued November 30, 1948; decided January 6, 1949.

*Gunther Jacobson* for appellant.

*Samuel Shapiro,* in person, and *Albert A. Burdick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* TONY BERNARDI, JOSEPH BERNARDI, STEPHEN PONZILLO and ALFRED IOVINELLI, Appellants.

Argued December 1, 1948; decided January 6, 1949.